**Hosea J. EDWARDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62495.**

Missouri Court of Appeals,
Western District.

June 29, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 31, 2004.

Application for Transfer Denied
Oct. 26, 2004.

Andrew A. Schroeder, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Patrick T. Morgan, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before LOWENSTEIN, P.J., and EDWIN H. SMITH and HOWARD, JJ.

**Order**

PER CURIAM.

Hosea J. Edwards (Movant) appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. He claims the trial court clearly erred in denying his motion because he established his trial counsel was ineffective: (1) in failing to file a motion to dismiss the charges against him after the State threatened to file perjury charges against the victim if she testified; (2) in failing to object to the State's closing argument concerning the victim's failure to testify due to Movant's threats toward her; and (3) in failing to object to the State's closing argument that the jury had a duty to return guilty verdicts to prevent Movant from committing more serious crimes in the future.

Affirmed. Rule 84.16(b).